### No. 3.

**PEASLEE** *against* **STANIFORD.** *Chittenden*, 1816.

A Judgment against the officer attaching property, in an action brought against him, by a third person, claiming the property, is not conclusive, upon the attaching creditor, unless the creditor had notice of the suit against the officer, so that he might have defended.

See Error 1, 2. False Imprisonment 4. Pleas and Pleadings 1. Audita Querela 4.

---

# JURISDICTION.

### No. 1.

**TREASURER OF VERMONT** *against* **FRENCH ET AL.**
*Chittenden*, 1815.

A declaration, upon a recognizance, entered into before the Supreme Court, in a cause where the Court have appellate jurisdiction *only*, on demurrer, was held good, though the declaration did not state the cause, came into this Court by appeal.

---

### No. 2.

**STATE TREASURER** *against* **DANFORTH ET AL.**
*Bennington*, 1816.

IN an action upon a recognizance, taken before a Justice Peace, upon a complaint for a riot and an assault and battery, and made returnable to the Supreme Court. The Court decided the recognizance void, for that the Court had no original jurisdiction of assault and battery.

---

### No. 3.

**STATE'S TREASURER** *against* **FRENCH ET AL.** *Chittenden*, 1816.

SUPREME Court having original jurisdiction of *Indictment or Information*, for assault and battery.